**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

MARCUS AMOS
ADC #127713                        PLAINTIFF

V.                 4:11CV00260 JMM

STATE OF ARKANSAS;
and SUSAN WEAVER,
Faulkner County Prosecuting Attorney           DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 21st day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE